**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 04-2104

_____

ROBERT M. WYNE; NICOLAS W. LEWIS,

                                    Plaintiffs - Appellants,

        versus

MEDO INDUSTRIES, INCORPORATED,

                                    Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.  (CA-
02-1812-RDB)

_____

Submitted:  January 27, 2005        Decided:  February 1, 2005

_____

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert M. Wyne, Nicolas W. Lewis, Appellants Pro Se.  Sharon A.
Israel, JENKENS & GILCHRIST, P.C., Houston, Texas, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert M. Wyne and Nicolas W. Lewis appeal the district court's orders granting summary judgment in favor of Medo Industries, Inc., and denying their motion filed pursuant to Fed. R. Civ. P. 59(e).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's grant of summary judgment on the reasoning of the district court, see Wyne v. Medo Indus., Inc., No. CA-02-1812-RDB (D. Md. Mar. 25, 2004), and find no abuse of the district court's discretion in its denial of the motion for reconsideration.  Collison v. International Chem. Workers Union, 34 F.3d 233, 236 (4th Cir. 1994).  We grant Appellants' motion to place Appellants' materials under seal.  We deny Appellants' motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED